IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DILLIP M. EMMANUEL     *

       Plaintiff     *

v.     *    Civil Action No.: WMN 02 CV 3890

METROPOLITAN LIFE     *
INSURANCE COMPANY

       Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF EXTENSION OF TIME

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the Defendant shall have an extension of time to and including December 18, 2002 within which to respond to the Plaintiff's Complaint.

_____
J. Barry Hughes
Hollman, Hughes, Maguire, Timchula
     & Titus, Chartered
189 East Main Street
Westminster, MD 21157
(410) 848-3133
Attorneys for the Plaintiff

_____
J. Snowden Stanley, Jr. (Bar No.: 00059)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for the Defendant

### ORDER

The foregoing Stipulation is hereby approved.

Date   12/18/02

_____
Judge, United States District Court
For the District of Maryland

(B0307296.WPD;1)

-1-