IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **DILLIP M. EMMANUEL** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: |
| **METROPOLITAN LIFE INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

| | |
|---|---|
| \_\_\_\_\_/s/\_\_\_\_\_ | \_\_\_\_\_/s/\_\_\_\_\_ |
| J. Barry Hughes | J. Snowden Stanley, Jr. (Bar No.: 00059) |
| Hollman, Hughes, Maguire, Timchula | Semmes, Bowen & Semmes |
| & Titus, Chartered | 250 W. Pratt Street |
| 189 East Main Street | Baltimore, MD 21201 |
| Westminster, MD 21157 | (410) 539-5040 |
| (410) 848-3133 | |
| Attorneys for the Plaintiff | Attorneys for the Defendant |

## O R D E R

The foregoing Stipulation is hereby approved.

Date_____    _____

Judge, United States District Court
For the District of Maryland

(B0344982.WPD;1)